# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | Case No.  1:21-cv-00231-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF ACTION |
| v. | |
| HANFORD MALL 2020 LLC, et al., | FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff George Avalos filed this action pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq., on February 22, 2021.  On February 23, 2021, a scheduling order issued setting the mandatory scheduling conference for May 18, 2021.  On March 22, 2021, Plaintiff returned a proof of service showing that Defendant Hanford Mall 2020 LLC had been served by substitute service on March 9, 2021 with a copy mailed on March 9, 2021.

On March 24, 2021 a first amended complaint was filed adding Defendant Apple Mid Cal II LLC as a defendant.  As of this date, Defendant Hanford Mall 2020 LLC has not filed a response to the first amended complaint, and Plaintiff has not filed proof that Defendant Apple Mid Cal II LLC has been served in this action.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall file notice of the status of Defendant Hanford Mall 2020 LLC and the status of service on Defendant Apple Mid Cal II LLC in this action.  Plaintiff is advised that

1

failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **April 20, 2021**

UNITED STATES MAGISTRATE JUDGE