# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>       Plaintiff,<br><br>    v.<br><br>HANFORD MALL 2020 LLC, et al.<br><br>       Defendants. | Case No. 1:21-cv-00231-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT APPLE MID CAL II LLC<br><br>(ECF No. 16)<br><br>THIRTY DAY DEADLINE |

On May 7, 2021, a notice of settlement was filed informing the Court that Plaintiff has reached a settlement resolving this action as to Defendant Apple Mid Cal II LLC.  (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that Plaintiff shall file dispositional documents as to Defendant Apple Mid Cal II LLC within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   __**May 10, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

1